UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|   |   |
|---|---|
| IN RE DIRECT GENERAL CORPORATION SECURITIES LITIGATION | Civil Action No. 3:05-0077<br><br>Judge Todd J. Campbell<br>Magistrate Judge Juliet E. Griffin<br><br><u>PROPOSED CLASS ACTION</u> |

## <u>MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT BY DEFENDANTS WILLIAM C. ADAIR TRUST AND TAMMY ADAIR IN HER CAPACITY AS TRUSTEE</u>

In the Amended Consolidated Complaint ("Complaint"), Plaintiffs name as new Defendants the William C. Adair, Jr. Trust ("Adair Family Trust" or "Trust") and Tammy Adair in her capacity as Trustee of the Trust (the "Trust Defendants"). The Complaint against the Trust should be dismissed because it fails to allege any claim against the Trust whatsoever. The Complaint should be dismissed against both Defendants because it does not allege that the Trust made any false statements, nor does it allege that Tammy Adair made any false statement as a Trustee. Furthermore, the Complaint should be dismissed for the reasons set forth in Section III of the Memorandum of Law in Support of the Motion

to Dismiss simultaneously filed by Direct General and as the Officer and Director Defendants, as the Complaint fails to allege any claim for the violation of the Securities Exchange Act.

For the foregoing reasons, as more fully discussed in the accompanying memorandum of law, the Amended Consolidated Complaint should be dismissed.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ Matthew J. Sweeney
Matthew J. Sweeney, BPR #5015
James A. DeLanis, BPR #6057
Brigid T. Carpenter, BPR #018134
April Y. Berman, BPR #021091
Commerce Center
211 Commerce Street, Suite 1000
Nashville, Tennessee 37201
(615) 726-5600

ALSTON & BIRD, LLP

Scott P. Hilsen
Peter Q. Bassett
Leah Poynter
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000

*Attorneys for Defendants*
*William C. Adair, Jr. Trust and*
*Tammy Adair in her Capacity as Trustee*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Electronic Filing System:

Timothy L. Miles
BARRETT, JOHNSTON & PARSLEY
217 Second Avenue, North
Nashville, TN 37201-1601
tmiles@barrettjohnston.com

X. Jay Alvarez
Brian O. O'Mara
LERACH, COUGHLIN, STOIA,
GELLER, RUDMAN & ROBBINS, LLP
401 B. Street, Suite 1600
San Diego, CA 92101
jaya@lerachlaw.com
briano@lerachlaw.com

Michael L. Dagley
Bass, Berry & Sims
315 Deaderick Street
Suite 2700
Nashville, TN 37238-0002
(615) 742-6200
mdagley@bassberry.com

on this the 1st day of August, 2005.

/s/ Matthew J. Sweeney
Matthew J. Sweeney